IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO MARTIN MOLIERI AND DANIEL STEVEN MOLIERI,<br><br>            Plaintiffs,<br><br>    v.<br><br>COUNTY OF MARIN, et al.,<br><br>            Defendants.                      / | No. C 10-5430 MMC<br><br>**ORDER TO SHOW CAUSE** |

On March 18, 2011, John L. Burris, counsel for plaintiffs, failed to appear as ordered at a regularly-scheduled Case Management Conference in the above-titled action. Counsel for defendants appeared.

The instant failure to appear represents the fourth time the Law Offices of John L. Burris have failed to appear before the Court as ordered for a regularly-scheduled Case Management Conference, each such failure in a separate case, and, in each instance, opposing counsel appeared. (See Case No. 09-2052, Doc. No. 22.)

In its order discharging the order to show cause in connection with the third failure to appear, the Court expressly notified the Law Offices of John L. Burris that "any future failure to appear as ordered" would "likely result in the imposition of sanctions." (See id.)

Accordingly, counsel for plaintiffs is hereby ORDERED TO APPEAR before this Court on April 8, 2011 at 9:00 a.m. and SHOW CAUSE why sanctions should not be

imposed for his failure to appear on March 18, 2011.

Alternatively, counsel may contribute $500.00 to the American Red Cross for the Japan Earthquake and Tsunami Relief, www.redcross.org, or to St. Anthony's Dining Room, 121 Golden Gate Avenue, San Francisco, CA 94102, and file proof of such payment on or before April 1, 2011.  If proof of such payment is timely filed, this Order to Show Cause will be discharged and the hearing will be vacated.

**IT IS SO ORDERED.**

Dated: March 21, 2011

MAXINE M. CHESNEY
United States District Judge