IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO MARTIN MOLIERI AND DANIEL STEVEN MOLIERI,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF MARIN, et al.,<br><br>    Defendants.<br>_____ / | No. C 10-5430 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING APRIL 8, 2011 HEARING** |

    Counsel for plaintiffs having provided to the Clerk of the Court proof of his contribution to the American Red Cross, the Order to Show Cause, filed March 21, 2011 is hereby DISCHARGED and the hearing scheduled for April 8, 2011 is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: April 1, 2011

                                        MAXINE M. CHESNEY
                                        United States District Judge