1   JOHN L. BURRIS, SBN 69888          PATRICK K. FAULKNER, COUNTY COUNSEL
    LAW OFFICES OF JOHN L. BURRIS      Renee Giacomini Brewer, SBN 173012
2   Airport Corporate Centre           3501 Civic Center Drive, Room 275
    7677 Oakport Street, Suite 1120    San Rafael, CA 94903
3   Oakland, CA  94621-1939            Tel.: (415) 499-6117, Fax: (415) 499-3796
    Tel: (510) 839-5200,
4   Fax: (510) 839-3882
    Attorneys for Plaintiffs Danilo Martin Molieri    Attorney(s) for the Defendants County of Marin,
5   and Daniel Steven Molieri.         Scardina, Richardson, Bondanza.

6   DENNIS J. HERRERA, CITY ATTORNEY
    Michael Gerchow, SBN 245706
7   Fox Plaza
    1390 Market Street, Sixth Floor
8   San Francisco, CA  94102
    Tel.: (415) 554-3936; Fax:  (415) 554-3837
9
    Attorneys for Defendants City and County of San Francisco,
10  Cox and O'Malley.

11

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15  DANILO MARTIN MOLIERI and          Case No.: CV 10 5430 MMC
    DANIEL STEVEN MOLIERI,              ORDER APPROVING
16
                                       STIPULATION ~~AND ORDER~~ REQUESTING
17              Plaintiffs,            CHANGE OF EARLY NEUTRAL
                                       EVALUATION CONFERENCE DATE
18                                     [ADR 5-5]

19         v.                          Honorable Maxine M. Chesney

20  COUNTY OF MARIN, SCARDINA,
    RICHARDSON, BONDANZA, CITY AND
21  COUNTY OF SAN FRANCISCO, COX,
    O'MALLEY; and Does 1-25, inclusive,
22
23              Defendants.

24         By this pleading, Plaintiff Danilo Martin Molieri and Daniel Steven Molieri (Plaintiffs") and

25  Defendants County of Marin, Scardina and Richardson (collectively, "COM Defendants") and City and

26  County of San Francisco, Cox and O'Malley (collectively, "City and County Defendants), by and through

27  their respective counsel, hereby stipulate and agree that the Early Neutral Evaluation Conference currently

28  scheduled for completion by this court's order to be completed by June 2, 2011 be continued to be completed

1 | by June 30, 2011.  The reasons for the rescheduling are (1) Plaintiff's Counsel is not available due to other

2 | commitments, and (2) the defendants City and County of San Francisco are not available due to other

3 | commitments.  All parties agree to continue said Early Neutral Evaluation.

4 |          IT IS SO STIPULATED.

5 |

6 | Dated:  June 2, 2011                          by:_____/s/_____
                                                    John L. Burris, Attorney for Plaintiffs

7 |

8 | Date:  June 2, 2011                           by:_____/s/ _____
                                                    Renee Giacomini Brewer, Attorney for Defendants

9 |                                                 County of Marin, Scardina Richardson, Bondanza

10 |

11 | Date:  June 2, 2011                          by:_____/s/_____
                                                    Michael Gerchow, Attorney for Defendants

12 |                                                Cox and O'Malley

13 |

14 |

15 |

16 |                                    **[PROPOSED]** **ORDER**

17 |          Based on the foregoing Stipulation and for good cause shown, the Court hereby accepts the Parties'

18 | Stipulation and ORDERS the Early Neutral Evaluation Completion date be continued to June 30, 2011.

19 |

20 | IT IS SO ORDERED.

21 |  Dated: June 3, 2011                         _____
                                                    THE HONORABLE, MAXINE M. CHESNEY

22 |

23 |

24 |

25 |

26 |

27 |

28 |