**JOHN L. BURRIS, ESQ.  SBN 69888**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com

Attorneys for plaintiffs
DANILO MARTIN MOLIERI and
DANIEL STEVEN MOLIERI

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO MARTIN MOLIERI and DANIEL STEVEN MOLIERI,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MARIN, et al.<br><br>Defendants. | Case No.:  C10-05430 MMC<br><br>Complaint filed: 12/1/10<br><br>STIPULATION AND REQUEST TO EXTEND FACT DISCOVERY CUTOFF; (PROPOSED) ORDER |

## STIPULATION

Plaintiffs filed their complaint on December 1, 2010 and all parties were served and have answered.  The court ordered fact discovery to be completed by December 2, 2011.  Although the parties have been diligent and cooperative in conducting discovery, additional discovery is needed to prepare the case for resolution.  The specific discovery items to be conducted are the depositions of San Francisco police officers Heppler and Zhang, two depositions of "persons

STIPULATION TO MODIFY FACT DISCOVERY DEADLINE
- 1

most knowledgeable, and the psychological examination of plaintiff Daniel Steven Molieri related to his damages claim (emotional distress).  The proposed discovery extension through December 23, 2011 is not expected to affect or impose upon any other aspect of the court's scheduling order, including expert discovery deadlines.

      WHEREFORE the parties, by and through their respective counsel stipulate, agree and request that, subject to approval and order of the court, the deadline for completing the above-referenced discovery will be extended to and including December 23, 2011.

LAW OFFICES OF JOHN L. BURRIS

Dated: November 30, 2011        /S/JOHN L. BURRIS_____
Attorneys for Plaintiffs
DANILO MARTIN MOLIERI and
DANIEL STEVEN MOLIERI

PATRICK K. FAULKNER,
COUNTY COUNSEL

Dated: November 30, 2011        /S/RENEE GIACOMINI BREWER _____
Attorneys for Defendant
COUNTY OF MARIN

DENNIS J. HERRERA,
CITY ATTORNEY

Dated: November 30, 2011        /S/MICHAEL GERCHOW _____
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

STIPULATION TO MODIFY FACT DISCOVERY DEADLINE
- 2

**ORDER**

The court having considered the stipulation of the parties and good cause appearing,

IT IS ORDERED that the deadline for completing fact discovery is modified to permit the depositions and discovery specified in the parties stipulation to be completed no later than December 23, 2011.  The court's scheduling order is not modified in any other particular.

Dated:   December 1, 2011



UNITED STATES DISTRICT JUDGE

STIPULATION TO MODIFY FACT DISCOVERY DEADLINE
- 3