1  JOHN L. BURRIS, ESQ.   CSB#69888
   LAW OFFICES OF JOHN L. BURRIS
2  Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, CA  94621-1939
4  Tel: (510) 839-5200
   Fax: (510) 839-3882
5  E/M: John.Burris@JohnBurrisLaw.com

6  Attorneys for Danilo Martin Molieri
7  And Daniel Steven Molieri, Plaintiffs

8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                              (SAN FRANCISCO)

12

13 DANIEL MARTIN MOLIERI and,          CASE NO.  C-10-5430 MMC
   DANIEL STEVEN MOLIERI,
14                                     Complaint Filed: 12/1/2010
15              Plaintiffs,
                                       STIPULATION TO EXTEND TIME TO
16       vs                            COMPLETE EXPERT DISCLOSURES
                                       AND DISCOVERY; (PROPOSED) ORDER
17 COUNTY OF MARIN; Marin
   County Sheriff's Sergeant
18 J. SCARDINA; Sheriff's Deputy
   ERIC RICHARDSON; Sheriff's
19 Deputy BONDANZA; CITY AND
   COUNTY OF SAN FRANCISCO;
20 San Francisco Police Sergeant
   R. COX; San Francisco Police
21 Sergeant J. O'MALLEY; and
   DOES 1 through 25, inclusive,
22
23              Defendants.
   ---------------------------------------------------/
24
25
26
27
28

**STIPULATION TO EXTEND TIME TO COMPLETE EXPERT DISCOVERY**                    1

## STIPULATION

The parties in this, the above-entitled matter, by and through their respective counsel of record, stipulate and agree to the following in support of their request to the court to modify the pretrial scheduling order:

1. The complaint in this matter was filed on December 1, 2010. Subsequent to its filing, counsel have cooperatively and diligently developed this case for resolution, disposition or trial through discovery.

2. This case centers around police practices and discovery necessarily requires experts in police practices and procedures, in addition to discovery from both plaintiffs and law enforcement personnel.

3. The court granted the parties' previous request extend the time within which to conclude specifically identified depositions, from December 2, 2011 to and through December 23, 2011. Discovery and depositions of law enforcement personnel and those persons most knowledgeable with respect to relevant police practices and procedures are complete.

4. The court ordered that disclosure of expert witnesses be completed by December 23, 2011, disclosure of rebuttal experts by January 6, 2012 and completion of discovery from experts by January 27, 2012. The previous stipulation did not contemplate modification of those deadlines. However, because of the significance of the depositions currently underway, including those occurring on December 22, 2011, and plaintiffs' contention that there are unresolved discovery matters, the parties' designated police practices expert witnesses anticipate obtaining additional information after completion of their FRCP Rule 26 reports on December 23, 2011. This information may result in modification or amendment of their reports.

5. Given the foregoing factual representations, the parties request that the court modify the pretrial scheduling order by extending the deadline for disclosure of experts, to and through January 10, 2012, and disclosure of rebuttal experts by January 17, 2012.

Dated: December 22, 2011                LAW OFFICES OF JOHN L. BURRIS

                                        By: ___/S/JOHN L. BURRIS_____   _____
                                             John L. Burris, Esq.
                                             Attorneys for Plaintiffs
                                             Danilo Martin Molieri and
                                             Daniel Steven Molieri

Dated: December 22, 2011                PATRICK K. FAULKNER
                                        County Counsel


                                        By: ___/S/RENEE GIACOMINI BREWER_ __
                                             Renee Giacomini Brewer.
                                             Deputy County Counsel
                                             Attorneys for County of Marin

Dated: December 22, 2011                DENNIS J. HERRERA
                                        City Attorney
                                        JOANNE HOEPER
                                        Chief Trial Deputy


                                        By: ___/S/MICHAEL GERCHOW_____
                                             Michael Gerchow
                                             Deputy City Attorney
                                             Attorneys for Defendant
                                             City and County of San Francisco

**STIPULATION TO EXTEND TIME TO COMPLETE EXPERT DISCOVERY**           3

**ORDER**

The court, having considered the parties' stipulation and good cause appearing,

**IT IS ORDERED** that the pretrial scheduling order is modified in the following limited particulars:

1. The date by which disclosure of expert witnesses, and exchange of FRCP Rule 26 reports will be completed is extended from December 23, 2011 to January 10, 2012.

2. The date by which rebuttal experts are to be disclosed is extended to January 17, 2012.

Dated:  December 23, 2011


UNITED STATES DISTRICT JUDGE