| | |
|---|---|
| JOHN L. BURRIS, SBN 69888<br>LAW OFFICES OF JOHN L. BURRIS<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, CA 94621-1939<br>Tel: (510) 839-5200,<br>Fax: (510) 839-3882<br>Attorneys for Plaintiffs Danilo Martin Molieri<br>and Daniel Steven Molieri. | PATRICK K. FAULKNER, COUNTY COUNSEL<br>Renee Giacomini Brewer, SBN 173012<br>3501 Civic Center Drive, Room 275<br>San Rafael, CA 94903<br>Tel.: (415) 499-6117, Fax: (415) 499-3796<br><br>Attorney(s) for the Defendants County of Marin,<br>Scardina, Richardson, Bondanza. |

DENNIS J. HERRERA, CITY ATTORNEY
Michael Gerchow, SBN 245706
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102
Tel.: (415) 554-3936; Fax: (415) 554-3837

Attorneys for Defendants City and County of San Francisco,
Cox and O'Malley.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANILO MARTIN MOLIERI and<br>DANIEL STEVEN MOLIERI,<br><br>           Plaintiffs,<br><br>     v.<br><br>COUNTY OF MARIN, SCARDINA,<br>RICHARDSON, BONDANZA, CITY AND<br>COUNTY OF SAN FRANCISCO, COX,<br>O'MALLEY; and Does 1-25, inclusive,<br><br>           Defendants. | Case No.: CV 10 5430 MMC<br><br>ORDER RE:<br><br>STIPULATION ~~AND ORDER~~ REQUESTING CHANGE OF BRIEFING SCHEDULE, STATUS CONFERENCE, PRETRIAL CONFERENCE AND TRIAL DATE,<br><br>Civil Local Rule 7-11<br><br>Honorable Maxine M. Chesney |

By this pleading, Plaintiff Danilo Martin Molieri and Daniel Steven Molieri (Plaintiffs") and Defendants County of Marin, Scardina and Richardson (collectively, "COM Defendants") and City and County of San Francisco, Cox and O'Malley (collectively, "City and County Defendants"), by and through their respective counsel, hereby stipulate and agree that this Court's Pre-Trial Preparation dates be modified and changed as follows:

1. Expert Discovery to close on February 14, 2012;

2. Dispositive Motions to be filed by March 13, 2012;

3. Further Status Conference on March 30, 2012 with joint statements due by March 23, 2012.

4. Last date to meet and confer for pre-trial disclosures: April 27, 2012;

5. Pre-trial disclosures due: May 15, 2012;

6. Pre-Trial Conference: June 5, 2012;

7. Trial: June 19, 2012.

Good cause exists for the rescheduling because: (1) Plaintiffs have disclosed five experts and two disclosed experts are not available for depositions before the current close of expert discovery, January 27, 2012; and, (2) the parties require four weeks after expert depositions are completed prior to filing Summary Judgment Motions so that deposition transcripts will be completed for inclusion in said Motions. All parties agree to continue the pre-trial schedule as indicated.

IT IS SO STIPULATED.

Date: January 19, 2012                    by:_____-s-_____
                                          John L. Burris, Attorney for Plaintiffs

Date: January 19, 2012                    by:_____-s-_____
                                          Renee Giacomini Brewer, Attorney for Defendants
                                          County of Marin, Scardina Richardson, Bondanza

Date: January 19, 2012                    by:_____-s-_____
                                          Michael Gerchow, Attorney for Defendants
                                          Cox and O'Malley

### [PROPOSED] ORDER

Based on the foregoing Stipulation and for good cause shown, the Court hereby accepts the Parties' Stipulation and ORDERS the following Pre-Trial Schedule:   in part, the requested trial date of June 19, 2012 not being available:

1. Expert Discovery to close on February 14, 2012;

2. Dispositive Motions to be filed by March 13, 2012;   March 2, 2012;

| | |
|---|---|
| 1 | 3. Further Status Conference on ~~March 30, 2012~~ March 16, 2012 with Joint Statements due by ~~March 23, 2012~~ March 9, 2012. |
| 2 | 4. Last date to meet and confer for pre-trial disclosures: ~~April 27, 2012;~~ April 16, 2012; |
| 3 | 5. Pre-trial disclosures due: ~~May 15, 2012;~~ May 1, 2012; |
| 4 | 6. Pre-Trial Conference: ~~June 5, 2012;~~ May 22, 2012; and |
| 5 | 7. Trial: ~~June 19, 2012.~~ June 4, 2012. |

IT IS SO ORDERED.

Dated: January 30, 2012

_____
THE HONORABLE MAXINE M. CHESNEY