IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MARTIN MOLIERI, et al., <br><br> Plaintiffs, <br> v. <br> COUNTY OF MARIN, et al., <br><br> Defendants. | No. C-10-5430 MMC <br><br> **ORDER SCHEDULING FEBRUARY 10, 2012 TELEPHONIC CONFERENCE RE: STIPULATION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

Before the Court is the parties' "Stipulation for Modification of Pretrial Scheduling Order," filed February 2, 2012. In said stipulation, the parties seek to vacate the presently-scheduled trial date of June 4, 2012 and reset the trial for June 25, 2012.[1] In the event June 25, 2012 is unavailable, the parties have proposed a trial date of either August 27, 2012 or September 4, 2012.

By order filed January 30, 2012, the Court continued the trial date from May 14, 2012 to June 4, 2012, rather than to June 19, 2012, the date requested by the parties in a prior stipulation; a June 19, 2012 trial date would interfere with another trial scheduled to begin on June 25, 2012 in which the plaintiffs therein are represented by the same firm as are the plaintiffs herein.[2]

---

[1] The parties also seek a short extension of the deadline to complete expert discovery.

[2] The case scheduled to begin trial on June 25, 2012 is McCloskey v. Courtnier, C 05-4641 MMC.

1  The parties' recent stipulation does not account for the conflict on June 25, 2012. Further, the dates of August 27, 2012 and September 4, 2012 present scheduling difficulties in light of trial dates set in several other cases.

Accordingly, the Court hereby SETS a telephonic conference for Friday, February 10, 2012, at 10:30 a.m., to address the parties' stipulation.

**IT IS SO ORDERED.**

Dated: February 7, 2012

MAXINE M. CHESNEY
United States District Judge