**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO MARTIN MOLIERI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF MARIN, et al.,<br><br>    Defendants.<br>_____/ | No. C-10-5430 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On March 2, 2012, plaintiffs electronically filed a Motion for Partial Summary Judgment, as well as the Declaration of John L. Burris ("Burris Declaration."). On March 5, 2012, plaintiffs electronically filed an amended version of the Burris Declaration, and, on March 9, 2012, plaintiffs electronically filed a second amended version of the Burris Declaration. Plaintiffs have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

    Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's

1  Standing Orders by immediately submitting a chambers copy of the above-referenced
2  documents.  Plaintiffs are hereby advised that if they fail in the future to comply with
3  General Order 45 and the Court's Standing Order to provide a chambers copy of each
4  electronically-filed document, the Court may impose sanctions, including, but not limited to,
5  striking from the record any electronically-filed document of which a chambers copy has not
6  been timely provided to the Court.
7  **IT IS SO ORDERED.**
8
9  Dated:  March 14, 2012
10                                                                              MAXINE M. CHESNEY
                                                                                United States District Judge