**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DANILO MARTIN MOLIERI, et al.,              No. C-10-5430 MMC

12              Plaintiffs,                       **ORDER DIRECTING PLAINTIFFS TO
                                                  SUBMIT CHAMBERS COPY OF**
13       v.                                       **DOCUMENTS IN COMPLIANCE WITH
                                                  GENERAL ORDER 45 AND THE**
14   COUNTY OF MARIN, et al.,                     **COURT'S STANDING ORDERS**

15              Defendants.
                                            /
16

17       On March 2, 2012, plaintiffs electronically filed a Motion for Partial Summary

18   Judgment, as well as the Declaration of John L. Burris ("Burris Declaration.").  On March 5,

19   2012, plaintiffs electronically filed an amended version of the Burris Declaration, and, on

20   March 9, 2012, plaintiffs electronically filed a second amended version of the Burris

21   Declaration.  Plaintiffs have violated General Order 45 and the Court's Standing Orders,

22   however, by failing to deliver to the Clerk's Office "no later than noon on the business day

23   following the day that the papers are filed electronically, one paper copy of each document

24   that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the

25   judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45

26   § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M.

27   Chesney ¶ 2.

28       Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's

1  Standing Orders by immediately submitting a chambers copy of the above-referenced

2  documents.  Plaintiffs are hereby advised that if they fail in the future to comply with

3  General Order 45 and the Court's Standing Order to provide a chambers copy of each

4  electronically-filed document, the Court may impose sanctions, including, but not limited to,

5  striking from the record any electronically-filed document of which a chambers copy has not

6  been timely provided to the Court.

7      **IT IS SO ORDERED.**

8

9  Dated:  March 14, 2012

_____
MAXINE M. CHESNEY
United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2