JOHN L. BURRIS, Esq./ State Bar #69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs Danilo Martin Molieri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANILO MARTIN MOLIERI and DANIEL STEVEN MOLIERI,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MARIN, et al.,<br>Defendants. | Case No.: CV 10 5430 MMC<br><br>{**PROPOSED**) ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS<br><br>Honorable Judge Maxine M. Chesney |

The Court has considered Plaintiffs' motion to exceed page limitations, and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiffs are granted leave to file an opposition brief memoranda not to exceed 35 pages memorandum (exclusive of summary of argument, index, tables, etc.) in opposition to Defendants Motions for Partial Summary Judgment and Summary Judgment.

DATED: March 23, 2012

*[signature]*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE