1  JOHN L. BURRIS, Esq./ State Bar #69888
   LAW OFFICES OF JOHN L. BURRIS
2  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
3  Oakland, California 94621
   Telephone: (510) 839-5200
4  Facsimile:  (510) 839-3882

5  Attorneys for Plaintiffs Danilo Martin Molieri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DANILO MARTIN MOLIERI and DANIEL STEVEN MOLIERI, | Case No.: CV 10 5430 MMC |
|---|---|
| Plaintiffs, | ~~(PROPOSED)~~ ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS |
| v. | |
| COUNTY OF MARIN, et al., Defendants. | Honorable Judge Maxine M. Chesney |

The Court has considered Plaintiffs' motion to exceed page limitations, and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiffs are granted leave to file an opposition brief memoranda not to exceed 35 pages memorandum (exclusive of summary of argument, index, tables, etc.) in opposition to Defendants Motions for Partial Summary Judgment and Summary Judgment.

DATED: March 23, 2012

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE