IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO MOLIERO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF MARIN, et al.,<br><br>  Defendants.<br>_____ / | No. C-10-5430 MMC<br><br>**ORDER VACATING APRIL 6, 2012 HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, MARIN COUNTY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, AND SAN FRANCISCO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Before the Court are three motions, each filed March 2, 2012: (1) Motion for Partial Summary Judgment, filed by plaintiffs Danilo Martin Molieri and Daniel Steven Molieri; (2) Motion for Partial Summary Judgment, filed by defendants County of Marin, Sergeant Jamie Scardina, Deputy Erik Richardson, and Deputy Christopher Bondanza; and (3) Motion for Summary Judgment, filed by defendants City and County of San Francisco, Sergeant Raymond Cox and Sergeant James O'Malley. The motions have been fully briefed. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for decision on the parties' respective written submissions and hereby VACATES the hearing scheduled for April 6, 2011.

**IT IS SO ORDERED.**

Dated: April 5, 2012

MAXINE M. CHESNEY
United States District Judge