1  JOHN L. BURRIS, ESQ.   CSB#69888
   LAW OFFICES OF JOHN L. BURRIS
2  Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, CA  94621-1939
4  Tel: (510) 839-5200
   Fax: (510) 839-3882
5  E/M: John.Burris@JohnBurrisLaw.com

6  Attorneys for Danilo Martin Molieri
7  And Daniel Steven Molieri, Plaintiffs

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                            **(SAN FRANCISCO)**

12

13  DANIEL MARTIN MOLIERI and,          CASE NO.  C-10-5430 MMC
    DANIEL STEVEN MOLIERI,
14                                       Complaint Filed: 12/1/2010
15            Plaintiffs,
                                         STIPULATION TO CONTINUE SETTLEMENT
16        vs                             CONFERENCE; (~~PROPOSED~~) ORDER ON
                                         STIPULATION
17  COUNTY OF MARIN; Marin
    County Sheriff's Sergeant
18  J. SCARDINA; Sheriff's Deputy
    ERIC RICHARDSON; Sheriff's
19  Deputy BONDANZA; CITY AND
    COUNTY OF SAN FRANCISCO;
20  San Francisco Police Sergeant
    R. COX; San Francisco Police
21  Sergeant J. O'MALLEY; and
    DOES 1 through 25, inclusive,
22
23            Defendants.
    ---------------------------------------------------/
24

25                            **STIPULATION**

26
       The parties in this, the above-entitled matter, by and through their respective counsel of
27
    record, stipulate and agree to the following in support of their request that the settlement
28

    **STIPULATION/ORDER  [CONTINUANCE OF SETTLEMENT CONFERENCE]**   1

conference now scheduled for April 10, 2012 be continued to June 27, 2012.  The following is

proffered as good cause for the requested continuance:

1.  The complaint in this matter was filed on December 1, 2010.  Subsequent to its filing,

counsel cooperatively and diligently developed this case for resolution, disposition or

trial through discovery.

2.  This case centers around police practices and, with significance to this request for a

continuance of the settlement conference in this matter scheduled for April 10, 2012,

plaintiffs' 4th amendment claims arising from the entry into plaintiffs' residence on

December 8, 2012, and their detention and arrest on that occasion by law enforcement

personnel of the County of Marin and the City and County of San Francisco.

3.  The parties have filed reciprocal motions for summary judgment and partial summary

judgment, principally directed to the aforementioned issues.  The court has taken those

motions under submission, having vacated the hearing scheduled for April 6, 2012.

4.  The significance of the pending motions is such that the parties do not believe an effort

to resolve this case without determination of the pending motions will be fruitful.  The

motions address the "discrete issues" that will most likely impact settlement, a subject

expected to be addressed in settlement conference statements pursuant to the standing

orders.

5.  Given the foregoing factual representations, the parties request that the court continue

the settlement conference to June 27, 2012, with settlement conference statements due

seven (7) calendar days in advance, or June 20, 2012.  Should that date be inconvenient

to the court, the parties are available on June 25 and 26.  The parties are not available on

June 22, 2012.

**STIPULATION/ORDER  [CONTINUANCE OF SETTLEMENT CONFERENCE]**   2

1

2    Dated: April 6, 2012                              LAW OFFICES OF JOHN L. BURRIS

3

4                                                      By: ___/S/JOHN L. BURRIS_____
5                                                          John L. Burris, Esq.
                                                           Attorneys for Plaintiffs
6                                                          Danilo Martin Molieri and
                                                           Daniel Steven Molieri
7

8    Dated: April 6, 2012                              PATRICK K. FAULKNER
                                                       County Counsel
9

10

11                                                     By: ___/S/RENEE GIACOMINI BREWER___
                                                           Renee Giacomini Brewer.
12                                                         Deputy County Counsel
                                                           Attorneys for County of Marin
13

14   Dated: April 6, 2012                              DENNIS J. HERRERA
                                                       City Attorney
15                                                     JOANNE HOEPER
                                                       Chief Trial Deputy
16

17                                                     By: ___/S/MICHAEL GERCHOW_____
18                                                         Michael Gerchow
                                                           Deputy City Attorney
19                                                         Attorneys for Defendant
                                                           City and County of San Francisco
20

21

22

23                                         **ORDER**

24
         The court, having considered the parties' stipulation and good cause appearing,
25
         **IT IS ORDERED** that the settlement conference in this matter is continued to June 27,
26
      2012 at 10:00 a.m.  **Confidential** settlement conference statements to be lodged no later than
27

28

     **STIPULATION/ORDER  [CONTINUANCE OF SETTLEMENT CONFERENCE]**     3

1    June 20, 2012  in compliance with standing orders of Chief Magistrate Judge Maria Elena

2    James for settlement conferences.

3

4    Dated:   April 9, 2012

5                                                    CHIEF UNIT                                    TE JUDGE



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION/ORDER  [CONTINUANCE OF SETTLEMENT CONFERENCE]**    4