1  JOHN L. BURRIS, ESQ.    CSB#69888
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, CA  94621-1939
4  Tel: (510) 839-5200
   Fax: (510) 839-3882
5  E/M: john.burris@johnburrislaw.com

6  Attorneys for Danilo Martin Molieri
7  And Daniel Steven Molieri, Plaintiffs

8

9               **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11                        **(SAN FRANCISCO)**

12

| | |
|---|---|
| 13  DANIEL MARTIN MOLIERI and, DANIEL STEVEN MOLIERI, | CASE NO.  C-10-5430 MMC |
| 14 | Complaint Filed: 12/1/2010 |
| 15           Plaintiffs, vs. | STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; |
| 16  COUNTY OF MARIN; Marin County Sheriff's Sergeant | (~~PROPOSED~~) ORDER ON STIPULATION |
| 17  J. SCARDINA; Sheriff's Deputy ERIC RICHARDSON; Sheriff's | |
| 18  Deputy BONDANZA; CITY AND COUNTY OF SAN FRANCISCO; | |
| 19  San Francisco Police Sergeant R. COX; San Francisco Police | |
| 20  Sergeant J. O'MALLEY; and DOES 1 through 25, inclusive, | |
| 21 | |
| 22           Defendants. | |
| 23 | |

24
                              **STIPULATION**
25
      The parties in this, the above-entitled matter, by and through their respective counsel of
26
   record, stipulate and agree to the following in support of their request that the settlement
27

28
   STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; (PROPOSED) ORDER ON STIPULATION
   C-10-5430 MMC                                                                            1

conference now scheduled for June 27, 2012 be continued to October 24, 2012. The following is proffered as good cause for the requested continuance:

1. The complaint in this matter was filed on December 1, 2010. Subsequent to its filing, counsel cooperatively and diligently developed this case for resolution, disposition or trial through discovery.

2. This case centers around police practices and, with significance to this request for a continuance of the settlement conference in this matter scheduled for June 27, 2012, plaintiffs' 4th amendment claims arising from the entry into plaintiffs' residence on December 8, 2012, and their detention and arrest on that occasion by law enforcement personnel of the County of Marin and the City and County of San Francisco.

3. On March 2, 2012, the parties filed reciprocal motions for summary judgment and partial summary judgment, principally directed to the aforementioned issues.

4. The Court issued its Order Denying Plaintiffs' Motion for Partial Summary Judgment; Granting in Part and Denying in Part Marin Defendants' Motion for Partial Summary Judgment; Granting in Part and Denying in Part San Francisco Defendants' Motion for Summary Judgment on April 16, 2012.

5. Defendants City and County of San Francisco, R. Cox and J. O'Malley filed a Request for Leave to File Motion for Reconsideration re Order on Motion Summary Judgment on May 11, 2012 and a Notice of Appeal to the 9th CCA was filed by Defendants City and County of San Francisco, R. Cox, J. O'Malley on May 15, 2012.

6. On May 22, 2012, the Court Granted in Part and Denied in Part San Francisco Defendants' Request for Leave to File Motion for Reconsideration and the Court set forth a briefing schedule. The hearing on the matter is set for July 6, 2012, at 9:00 a.m. before Judge Maxine M. Chesney.

7. The significance of the pending motions is such that the parties do not believe an effort to resolve this case without determination of the pending motions will be fruitful.  The motions address the "discrete issues" that will most likely impact settlement, a subject expected to be addressed in settlement conference statements pursuant to the standing orders.

8. Given the foregoing factual representations, the parties request that the court continue the settlement conference to October 24, 2012, with settlement conference statements due seven (7) calendar days in advance, or October 17, 2012.

Dated: June 18, 2012                         LAW OFFICES OF JOHN L. BURRIS

                                                 By:   /S/JOHN L. BURRIS
                                                      John L. Burris, Esq.
                                                        Attorneys for Plaintiffs
                                                        Danilo Martin Molieri and
                                                        Daniel Steven Molieri

Dated: June 19, 2012                         PATRICK K. FAULKNER
                                                        County Counsel

                                               By:   /S/RENEE GIACOMINI BREWER
                                                        Renee Giacomini Brewer.
                                                        Deputy County Counsel
                                                        Attorneys for County of Marin
                                                        **(\*As authorized on June 19, 2012)**

Dated: June 19, 2012                         DENNIS J. HERRERA
                                                       City Attorney
                                                       JOANNE HOEPER
                                                       Chief Trial Deputy

                                               By:   /S/MICHAEL GERCHOW
                                                      Michael Gerchow
                                                       Deputy City Attorney
                                                       Attorneys for Defendant
                                                       City and County of San Francisco
                                                       **(\*As authorized on June 19, 2012)**

**ORDER**

The court, having considered the parties' stipulation and good cause appearing,

**IT IS ORDERED** that the settlement conference in this matter is continued to October 24, 2012 at 10:00 a.m.  **Confidential** settlement conference statements to be lodged no later than October 17, 2012 in compliance with standing orders of Chief Magistrate Judge Maria Elena James for settlement conferences.

Dated:   June 20, 2012

_____
CHIEF UNITED STATES MAGISTRATE JUDGE
MARIA-ELENA JAMES