```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  CHERYL ADAMS, State Bar #164194
    Chief Trial Deputy
 3  MICHAEL GERCHOW, State Bar #245706
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, Sixth Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-3936
 6  Facsimile:    (415) 554-3837
    E-Mail:       michael.gerchow@sfgov.org
 7

 8  Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO;
 9  SAN FRANCISCO POLICE SERGEANT R. COX;
    SAN FRANCISCO POLICE SERGEANT J. O'MALLEY
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANILO MARTIN MOLIERI, AND DANIEL STEVEN MOLIERI, | Case No. CV 10 5430 MMC |
|---|---|
| Plaintiffs, | **STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES; [PROPOSED] ORDER** |
| vs. | Trial Date:    December 12, 2012 |
| COUNTY OF MARIN, Marin County Sheriff's Sergeant J. SCARDINA, Sheriff's Deputy ERIC RICHARDSON, Sheriff's Deputy BONDANZA; CITY AND COUNTY OF SAN FRANCISCO, San Francisco Police Sergeant R. COX;  San Francisco Police Sergeant J. O'MALLEY; and DOES 1-25, inclusive | |
| Defendants. | |

**STIPULATION**

Pursuant to Local Rule 7-12, Defendants City and County of San Francisco, San Francisco Police Sergeant R. Cox, San Francisco Police Sergeant J. O'Malley (the "San Francisco Defendants"), the County of Marin, Marin County Sheriff's Sergeant J. Scardina, Sheriff's Deputy Eric Richardson, Sheriff's Deputy Bondanza (the "Marin Defendants"), and Plaintiffs Danilo Molieri and Daniel Molieri stipulate and jointly request continuance of the trial date based on the following:

1. Trial for this matter is set for December 3, 2012. Pretrial preparation will begin this week, with the parties required to meet and confer on Pre-trial Statements by October 9, 2012.

2. Plaintiffs' complaint alleges **intertwined** causes of action arising from the conduct of the Marin and San Francisco defendants regarding the same December 2009 domestic violence incident.

3. The parties filed motions for summary judgment and summary adjudication of issues and are awaiting the Court's ruling on the San Francisco Defendant's motion for reconsideration. The outcome of the Court's ruling will have a substantial impact on the remainder of the case and the trial.

4. Whatever the outcome of the Court's ruling on the motion for reconsideration, the losing party – whether the San Francisco Defendants or Plaintiffs – would likely file a notice of appeal. An interlocutory appeal would divest this Court of jurisdiction over some of the San Francisco Defendants. Alternatively, Plaintiff's appeal of a final judgment would leave open the possibility that the San Francisco Defendants would proceed through the appellate process only to be instructed to proceed to trial at a later date. Thus, under the current conditions, the Marin County Defendants would proceed to a first trial on the current trial date, with the San Francisco Defendants potentially defending a trial of the same issues at a later date. Of course, Plaintiff would have to prosecute both trials.

5. Plaintiffs and all defendants agree that should the Court proceed to trial at this time, most if not all evidence presented at a trial involving only the Marin Defendants would be presented in the same or similar format at a potential second trial involving the San Francisco Defendants. All party and non-party witnesses would be called to testify in both trials, and documentary or other evidence would be presented twice.

6. Pretrial preparation and trial of the same case on two occasions would constitute unnecessary cost to this Court and all parties and witnesses. The parties agree that this waste of judicial resources, attorney time, and witness time is best avoided by a stay of the entire case, including all pre-trial preparation and settlement dates, until the resolution of the summary judgment motion on appeal.

///

1 | Dated:  October 3, 2012

   DENNIS J. HERRERA
   City Attorney
   CHERYL ADAMS
   Chief Trial Deputy
   MICHAEL GERCHOW
   Deputy City Attorneys


   By: */s/ Michael A. Gerchow*
   MICHAEL GERCHOW

   Attorneys for San Francisco Defendants


Dated:  October 3, 2012

   PATRICK K. FAULKNER
   County Council
   RENEE GIACOMINI BREWER


   By: */s/ Renee Giacomini Brewer*
   RENEE GIACOMINI BREWER

   Attorneys for Marin County Defendants


Dated:  October 8, 2012

   LAW OFFICES OF JOHN L. BURRIS


   By: */s/ John L. Burris*
   JOHN L. BURRIS

   Attorneys for Plaintiffs

STIPULATION TO STAY TRIAL
**C-10-5430 MMC**

3

c:\documents and settings\usdc\local
settings\temp\notes56fd74\~6584420.doc

**ORDER**

Having considered the stipulation of the parties and good cause appearing, the trial date in this matter ~~is~~ hereby VACATED pending the outcome of any appeals made by the parties in relation to the motion for reconsideration ~~currently pending before this Court.~~ denied by order filed concurrently herewith. [insertion above: "remaining pretrial dates and the"; "are"]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 25, 2012

By: _____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE