JOHN L. BURRIS, ESQ.   CSB#69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621-1939
Tel: (510) 839-5200
Fax: (510) 839-3882
E/M: John.Burris@JohnBurrisLaw.com

Attorneys for Danilo Martin Molieri
And Daniel Steven Molieri, Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| DANIEL MARTIN MOLIERI and, DANIEL STEVEN MOLIERI,<br><br>          Plaintiffs,<br><br>     vs<br><br>COUNTY OF MARIN; Marin County Sheriff's Sergeant J. SCARDINA; Sheriff's Deputy ERIC RICHARDSON; Sheriff's Deputy BONDANZA; CITY AND COUNTY OF SAN FRANCISCO; San Francisco Police Sergeant R. COX; San Francisco Police Sergeant J. O'MALLEY; and DOES 1 through 25, inclusive,<br><br>          Defendants.<br>-----------------------------------------------------/ | CASE NO.  C-10-5430 MMC<br><br>Complaint Filed: 12/1/2010<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER |

**STIPULATION**

   The parties in this, the above-entitled matter, by and through their respective counsel of record, stipulate and agree to the following in support of their request to the court to continue

**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**                                     1

1  the case management conference, currently scheduled for February 1, 2013 at 10:30 a.m., to
2  February 22, 2013 at 10:30 a.m.
3      Whereas the discovery in this case is complete, and dispositive motions argued and ruled
4  upon by the court without appeal, the parties filed their joint case management statement on
5  January 25, 2013.  Subsequently, plaintiffs' counsel became aware of a scheduling conflict that
6  cannot be circumvented.  In consultation with defendants' counsel, it was determined that given
7  trial scheduling (noted in the joint case management statement) February 22, 2013 is the only
8  commonly available date that comports with the Court's case management conference calendar.
9      The parties request the Court continue the pending case management conference from
10 February 1, 2013 to February 22, 2013.  If that date is not available to the Court, it is requested
11 that the case management conference be vacated and that counsel be permitted to submit dates
12 that are suitable to the Court's calendar.  Currently, no date for the pretrial conference or trial
13 has been set.

Dated: January 28, 2013                    LAW OFFICES OF JOHN L. BURRIS

                                           By: ____/S/JOHN L. BURRIS_____  _____
                                               John L. Burris, Esq.
                                               Attorneys for Plaintiffs
                                               Danilo Martin Molieri and
                                               Daniel Steven Molieri


Dated: January 28, 2013                    PATRICK K. FAULKNER
                                           County Counsel


                                           By: ____/S/RENEE GIACOMINI BREWER___
                                               Renee Giacomini Brewer.
                                               Deputy County Counsel
                                               Attorneys for County of Marin

**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**                          2

| | | |
|---|---|---|
| 1 | Dated: January 28, 2013 | DENNIS J. HERRERA |
| 2 | | City Attorney |
| | | JOANNE HOEPER |
| 3 | | Chief Trial Deputy |

By:   /S/MICHAEL GERCHOW
Michael Gerchow
Deputy City Attorney
Attorneys for Defendant
City and County of San Francisco

### ORDER

The court, having considered the parties' stipulation and good cause appearing,

**IT IS ORDERED** that the case management conference scheduled for February 1, 2013 is continued to February 22, 1013 at 10:30 a.m.

No further Joint Case Management Statement need be filed, unless the circumstances set forth in the statement filed January 25, 2013 have changed.

Dated:  January 29, 2013

_____
UNITED STATES DISTRICT JUDGE

**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**         3