| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194<br>Chief Trial Deputy |
| 3 | MICHAEL GERCHOW, State Bar #245706<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:     (415) 554-3936 |
| 6 | Facsimile:      (415) 554-3837<br>E-Mail:         michael.gerchow@sfgov.org |
| 7 | |
| 8 | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO; |
| 9 | SAN FRANCISCO POLICE SERGEANT R. COX;<br>SAN FRANCISCO POLICE SERGEANT J. O'MALLEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO MARTIN MOLIERI, AND DANIEL STEVEN MOLIERI,<br><br>          Plaintiffs,<br><br>     vs.<br><br>COUNTY OF MARIN, Marin County Sheriff's Sergeant J. SCARDINA, Sheriff's Deputy ERIC RICHARDSON, Sheriff's Deputy BONDANZA; CITY AND COUNTY OF SAN FRANCISCO, San Francisco Police Sergeant R. COX;  San Francisco Police Sergeant J. O'MALLEY; and DOES 1-25, inclusive<br><br>          Defendants. | Case No. CV 10 5430 MMC<br><br>**STIPULATION TO CONTINUE FEBRUARY 22, 2013 FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]**<br>**ORDER THEREON**<br><br>Trial Date:            Not Set |

### STIPULATION

Pursuant to Local Rule 7-12, Defendants City and County of San Francisco, San Francisco Police Sergeant R. Cox, San Francisco Police Sergeant J. O'Malley (the "San Francisco Defendants"), the County of Marin, Marin County Sheriff's Sergeant J. Scardina, Sheriff's Deputy Eric Richardson, Sheriff's Deputy Bondanza (the "Marin Defendants"), and Plaintiffs Danilo Molieri and Daniel Molieri stipulate and jointly request continuance of the further case management conference as follow:

1. This matter is presently set for a further case management conference on February 22, 2013;

2. Counsel for defendants City and County of San Francisco, Warren Metlitzky and Michael Gerchow are currently in trial in the matter of <u>Telitha Ball v. Ernest Ferrando</u>, San Francisco Superior Court No. CGC-08-472360 and have been since January 28, 2013. Counsel estimate the trial shall continue through no earlier than February 26, 2013.

3. The parties hereby stipulate to an entry of an order continuing the further case management conference, presently set for February 22, 2013, to March 8, 2013, or another date convenient to the Court.

IT IS SO STIPULATED

Dated: February 20, 2013

        DENNIS J. HERRERA
        City Attorney
        CHERYL ADAMS
        Chief Trial Deputy
        MICHAEL GERCHOW
        Deputy City Attorneys

By: <u>/s/ Michael A. Gerchow</u>
       MICHAEL GERCHOW

       Attorneys for San Francisco Defendants

Dated: February 20, 2013

       PATRICK K. FAULKNER
       County Council
       RENEE GIACOMINI BREWER

By: <u>/s/ Renee Giacomini Brewer</u>
       RENEE GIACOMINI BREWER

       Attorneys for Marin County Defendant

Dated: February 20, 2013

       LAW OFFICES OF JOHN L. BURRIS

By: <u>/s/ John L. Burris</u>
       JOHN L. BURRIS

       Attorneys for Plaintiffs

**ORDER**

Having considered the stipulation of the parties and good cause appearing, the Further Case Management Conference currently set for February 22, 2013 is hereby continued to ~~March 8, 2013 at 10:30 a.m.~~ March 15, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  February 20, 2013

By: _____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE