DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MICHAEL GERCHOW, State Bar #245706
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3936
Facsimile:      (415) 554-3837
E-Mail:          michael.gerchow@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
SAN FRANCISCO POLICE SERGEANT R. COX;
SAN FRANCISCO POLICE SERGEANT J. O'MALLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANILO MARTIN MOLIERI, AND DANIEL STEVEN MOLIERI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MARIN, Marin County Sheriff's Sergeant J. SCARDINA, Sheriff's Deputy ERIC RICHARDSON, Sheriff's Deputy BONDANZA; CITY AND COUNTY OF SAN FRANCISCO, San Francisco Police Sergeant R. COX;  San Francisco Police Sergeant J. O'MALLEY; and DOES 1-25, inclusive<br><br>Defendants. | Case No. CV 10 5430 MMC<br><br>**STIPULATION TO CONTINUE MARCH 15, 2013 FURTHER CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED ORDER]~~<br>**ORDER THEREON**<br><br>Trial Date:            Not Set |
|---|---|

**STIPULATION**

Pursuant to Local Rule 7-12, Defendants City and County of San Francisco, San Francisco Police Sergeant R. Cox, San Francisco Police Sergeant J. O'Malley (the "San Francisco Defendants"), the County of Marin, Marin County Sheriff's Sergeant J. Scardina, Sheriff's Deputy Eric Richardson, Sheriff's Deputy Bondanza (the "Marin Defendants"), and Plaintiffs Danilo Molieri and Daniel Molieri stipulate and jointly request continuance of the further case management conference as follows:

1. This matter is presently set for a further case management conference on March 15, 2013;

2. Counsel for defendants City and County of San Francisco have an immovable calendaring conflict. The parties have agreed to move the further case management conference to March 22, 2013.

3. The parties hereby stipulate to an entry of an order continuing the further case management conference, presently set for March 15, 2013 to March 22, 2013, or another date convenient to the Court.

IT IS SO STIPULATED

Dated: March 4, 2013

    DENNIS J. HERRERA
    City Attorney
    CHERYL ADAMS
    Chief Trial Deputy
    MICHAEL GERCHOW
    Deputy City Attorneys

By: */s/ Michael A. Gerchow*
    MICHAEL GERCHOW

Attorneys for San Francisco Defendants

Dated: March 4, 2013

    PATRICK K. FAULKNER
    County Council
    RENEE GIACOMINI BREWER

By: */s/ Renee Giacomini Brewer*
    RENEE GIACOMINI BREWER

Attorneys for Marin County Defendant

Dated: March 4, 2013

    LAW OFFICES OF JOHN L. BURRIS

By: */s/ John L. Burris*
    JOHN L. BURRIS

Attorneys for Plaintiffs

**ORDER**

Having considered the stipulation of the parties and good cause appearing, the Further Case Management Conference currently set for March 15, 2013 is hereby continued to March 22, 2013 at 10:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  March 11, 2013

By: _____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE