| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194 |
| | Chief Trial Deputy |
| 3 | MICHAEL GERCHOW, State Bar #245706 |
| | Deputy City Attorney |
| 4 | Fox Plaza |
| | 1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408 |
| | Telephone:     (415) 554-3936 |
| 6 | Facsimile:      (415) 554-3837 |
| | E-Mail:         michael.gerchow@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
SAN FRANCISCO POLICE SERGEANT R. COX;
SAN FRANCISCO POLICE SERGEANT J. O'MALLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO MARTIN MOLIERI, AND DANIEL STEVEN MOLIERI, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MARIN, Marin County Sheriff's Sergeant J. SCARDINA, Sheriff's Deputy ERIC RICHARDSON, Sheriff's Deputy BONDANZA; CITY AND COUNTY OF SAN FRANCISCO, San Francisco Police Sergeant R. COX;  San Francisco Police Sergeant J. O'MALLEY; and DOES 1-25, inclusive <br><br> Defendants. | Case No. CV 10 5430 MMC <br><br> **STIPULATION TO CONTINUE MARCH 15, 2013 FURTHER CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED ORDER]~~ <br> **ORDER THEREON** <br><br> Trial Date:            Not Set |

## STIPULATION

Pursuant to Local Rule 7-12, Defendants City and County of San Francisco, San Francisco Police Sergeant R. Cox, San Francisco Police Sergeant J. O'Malley (the "San Francisco Defendants"), the County of Marin, Marin County Sheriff's Sergeant J. Scardina, Sheriff's Deputy Eric Richardson, Sheriff's Deputy Bondanza (the "Marin Defendants"), and Plaintiffs Danilo Molieri and Daniel Molieri stipulate and jointly request continuance of the further case management conference as follows:

1. This matter is presently set for a further case management conference on March 15, 2013;

2. Counsel for defendants City and County of San Francisco have an immovable calendaring conflict. The parties have agreed to move the further case management conference to March 22, 2013.

3. The parties hereby stipulate to an entry of an order continuing the further case management conference, presently set for March 15, 2013 to March 22, 2013, or another date convenient to the Court.

IT IS SO STIPULATED

Dated: March 4, 2013

          DENNIS J. HERRERA
          City Attorney
          CHERYL ADAMS
          Chief Trial Deputy
          MICHAEL GERCHOW
          Deputy City Attorneys

By: */s/ Michael A. Gerchow*
     MICHAEL GERCHOW

Attorneys for San Francisco Defendants

Dated: March 4, 2013

          PATRICK K. FAULKNER
          County Council
          RENEE GIACOMINI BREWER

By: */s/ Renee Giacomini Brewer*
     RENEE GIACOMINI BREWER

Attorneys for Marin County Defendant

Dated: March 4, 2013

          LAW OFFICES OF JOHN L. BURRIS

By: */s/ John L. Burris*
     JOHN L. BURRIS

Attorneys for Plaintiffs

**ORDER**

Having considered the stipulation of the parties and good cause appearing, the Further Case Management Conference currently set for March 15, 2013 is hereby continued to March 22, 2013 at 10:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 11, 2013

By: _____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE