IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO MARTIN MOLIERI and DANIEL STEVEN MOLIERI,<br><br>      Plaintiffs,<br>  v.<br><br>COUNTY OF MARIN, et al.,<br><br>      Defendants.<br>_____/ | No. C 10-5430 MMC<br><br>**ORDER OF DISMISSAL** |

The parties having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiffs' claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: September 23, 2013

MAXINE M. CHESNEY
United States District Judge